IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MILLER INVESTMENT TRUST and
JURY LIMITED,

          3:14-cv-00133-HDM-WGC

    Plaintiffs,

          ORDER

  vs.

KPMG, a Hong Kong Partnership,

    Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Gloria M. Navarro for reassignment.

    Dated this 13th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE