UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MILLER INVESTMENT TRUST and JURA LIMITED, | 03:14-cv-00133-LRH-VPC |
| Plaintiffs, | MINUTE ORDER |
| vs. | |
| | January 8, 2015 |
| KPMG, a Hong Kong partnership, | |
| Defendant. | |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Before the court is the parties' Joint Motion to Stay (#16[1]) in which the parties seek a stay of proceedings in this matter until the resolution of a case pending in the U.S. District Court for the District of Massachusetts captioned *Miller Investment Trust and Jura Limited v. Morgan Stanley & Co., Inc. and KPMG*, No 11-cv-12126-DPW (the "Massachusetts Action").

It appearing that there is no purpose in requiring any status reports from counsel until the Massachusetts Action has concluded, and Good Cause Appearing,

IT IS ORDERED that this case is STAYED.

IT IS FURTHER ORDERED that, for the convenience of the parties and the court's administrative purposes, this case will now be closed administratively. The closing of this case administratively has no substantive effect on the status of the case. The case remains pending for all substantive purposes. The case will be reopened administratively when either party notifies the court that the Massachusetts Action has concluded. At that time, an updated joint status report shall be filed with the request to reopen.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  /s/
     Deputy Clerk

---

[1] Refers to the court's docketing number.